UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS,<br><br>    Plaintiff,<br><br>    v.<br><br>RITE-WAY EXCAVATING INC. and KURT J WEHRLE,<br><br>    Defendants. | Case No. 09-cv-100-JPG |

## JUDGMENT

This matter having come before the Court, and the plaintiff having filed a notice of dismissal without prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**NANCY J. ROSENSTENGEL, Clerk of Court**

Dated:  October 8, 2009              s/Brenda K. Lowe, Deputy Clerk


Approved:   s/ J. Phil Gilbert
            **J. PHIL GILBERT
            DISTRICT JUDGE**